## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LINCOLN,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| v. | : | |
| | : | |
| **JOHN A. PALAKOVICH, THE** | : | |
| **DISTRICT ATTORNEY OF THE** | : | **No. 07-1373** |
| **COUNTY OF PHILADELPHIA, and** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA,** | : | |
| Respondents. | : | |

### O R D E R

AND NOW, this 24th day of August, 2011, it appearing that the Court of Appeals remanded the petition for a writ of habeas corpus for this court to hold an evidentiary hearing to consider whether the conduct of direct appeal counsel caused petitioner to lose the right to a direct appeal, and following the evidentiary hearing at which counsel for all parties were heard, it is **ORDERED** that, for the reasons stated in the attached memorandum of law:

1. The petition for writ of habeas corpus (paper no.1) is **GRANTED** as to Claim I (ineffective assistance of direct appeal counsel for withdrawing the direct appeal), petitioner's conviction and sentence are **VACATED**, and respondents shall **RELEASE** petitioner from custody, **UNLESS** within 180 days from the date of this order, petitioner's direct appeal has been reinstated *nunc pro tunc*.

2. Having granted a conditional writ of habeas corpus, there is no need to consider a certificate of appealability for petitioner.

3. The Clerk shall mark this case **CLOSED**.

                                                  /s/ Norma L. Shapiro
                                                                             J.