# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LINCOLN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN A. PALAKOVICH, et al., THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : | **NO. 07-1373** |

## ORDER

**AND NOW,** this 23rd day of March, 2015, the court having issued a Writ of Execution for Robert Lincoln in accordance with the mandate of the United States Court of Appeals for the Third Circuit, dated January 20, 2015, it is **ORDERED** that the writ is indefinitely stayed until the Court of Appeals decides whether its mandate supercedes the stay of the Superior Court of Pennsylvania.

/s/ Norma L. Shapiro
J.