IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LINCOLN<br><br>Petitioner,<br><br>v.<br><br>PENNSYLVANIA BOARD<br>OF PROBATION AND PAROLE, et al.<br><br>Respondents. | CIVIL ACTION<br><br>No. 07-1373 |

**ORDER**

**AND NOW**, this 31st day of July 2026, upon consideration of the Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 89), the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated April 24, 2026 (Doc. No. 111), Petitioner's Objections to the Report and Recommendation dated May 11, 2026 (Doc. No. 112), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 111) is **APPROVED** and **ADOPTED**.
2. The Petition for a Writ of Habeas Corpus (Doc. No. 89) is **DENIED**.
3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation and the Opinion of the Court issued this day, "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong" and Petitioner has not

made a substantial showing of a violation of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.